In the Matter of the Examination in Supplementary Proceedings of GEORGE C. RILEY, Judgment-Debtor-Appellant. GERTRUDE M. DRAPER, Judgment-Creditor-Respondent.

Submitted April 19, 1945; decided May 24, 1945.

*James O. Moore, Sr.,* and *William G. Dargan* for appellant. *Ford White* for respondent.

Appeal dismissed, with costs, on the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.